UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAUL JAMES, | ) |
| Plaintiff, | ) |
| vs. | ) 1:13-cv-01486-SEB-DML |
| ALLISON TRANSMISSION, | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation [Dkt. 49]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; the Plaintiff's filing did not assert any error in the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

The Court hereby dismisses this action without prejudice because the Plaintiff is not permitted to prosecute this action without counsel.

SO ORDERED.

Distribution:  ECF-registered counsel of record via email generated by the court's ECF system

Via United States mail:
SAUL JAMES
By his next friend ELAINE JAMES
6473 N. Coburn
Indianapolis, IN 46260